VIKRANTH A. SUNDERRAJ, State Bar No. 225636
BUTY & CURLIANO LLP
383 - 4th Street, 3rd Floor
Oakland, CA 94607
Telephone: (510) 267-3000
Facsimile: (510) 267-0117

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.,
and KAISER FOUNDATION HOSPITALS
(erroneously sued herein as KAISER PERMANENTE)

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| MARGARITA LUNA DE MATUS, in her individual capacity and as the duly appointed representative of the Estate of GABRIEL MATUS, JUAN GABRIEL MATUS LUNA, an individual, HERIBERTO MATUS LUNA, an individual, RICARDO MATUS LUNA, an individual, ROCIO MATUS LUNA, an individual, and ARGUIMIDES MATUS LUNA, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>KAISER PERMANENTE,<br><br>    Defendant. | Case No. 2:06-CV-00697-DFL-PAN<br><br>**STIPULATION EXTENDING TIME TO PROVIDE INITIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26 UNTIL SEPTEMBER 14, 2006 AND ORDER**<br><br>**Judge: The Hon. David F. Levi** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that defendants THE PERMANENTE MEDICAL GROUP, INC. and

///

///

///

///

BUTY & CURLIANO, LLP
383 – 4TH STREET,
THIRD FLOOR
OAKLAND CA 94607
510.267-3000
510-267-0117

1

**STIPULATION EXTENDING TIME TO PROVIDE INITIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26 UNTIL SEPTEMBER 14, 2006**

KAISER FOUNDATION HOSPITALS (erroneously sued as KAISER PERMANENTE) shall have until September 14, 2006 to provide their Initial Disclosures pursuant to Federal Rules of Civil Procedure Rule 26.

DATED: September____, 2006.            LAW OFFICES OF FERNANDO F. CHAVEZ, INC.


                                       By:  /s/ Anthony J. Palik
                                            ANTHONY J. PALIK
                                            Attorneys for Plaintiffs


DATED: September ____, 2006.           BUTY & CURLIANO LLP


                                       By:  /s/ Vikranth A. Sunderraj
                                            VIKRANTH A. SUNDERRAJ
                                            Attorneys for Defendants
                                            THE PERMANENTE MEDICAL GROUP, INC.,
                                            and KAISER FOUNDATION HOSPITALS
                                            (erroneously sued herein as Kaiser Permanente)


**ORDER**

It is hereby ordered that the Stipulation for Extending Time to Provide Initial Disclosures Pursuant to Federal Rules of Civil Procedure Rule 26 Until September 14, 2006 and Proposed Order are hereby adopted by the Court and plaintiffs and defendants are ordered to comply with this Order.

IT IS SO ORDERED.

Dated:  September  12, 2006

_____
DAVID F. LEVI
United States District Judge


F:\KFH GEN.900\Matus.X701\p\Stipulation Extending Time - Intial Disclosures.doc

BUTY & CURLIANO, LLP
383 – 4TH STREET,
THIRD FLOOR
OAKLAND CA 94607
510.267-3000
510-267-0117

2

**STIPULATION EXTENDING TIME TO PROVIDE INITIAL DISCLOSURES PURSUANT TO F.R.C.P. RULE 26 UNTIL SEPTEMBER 14, 2006**